UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ACUITY, a Mutual Insurance Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE No. 1:17-cv-1334-RLM-DLP |
| MIKE'S FIVE STAR TRUCK WASH, INC., and FRAZIER INDUSTRIAL COMPANY, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE coming to be heard on the Stipulation for Dismissal of the Parties, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed in its entirety with prejudice, each party to bear their own costs.

Date:  June 4, 2018                      /s/ Robert L. Miller, Jr.
                                          Judge, U.S. District Court
                                          Sitting by Designation
                                          Southern District of Indiana

Distribution:
All counsel of record